**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Shanna R. Leach-Brown | : | CASE NO. 25-20916 |
| Debtor | : | HONORABLE CHRISTINE M. GRAVELLE |
| | : | HEARING: 03/11/2026 AT 9:00 A.M. |

**ATTORNEY'S RESPONSE TO MOTION FOR RELIEF FROM STAY**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Shanna R. Leach-Brown in her Chapter 13 bankruptcy.

2. As per the debtor, she would like to make a $6,000 payment toward the mortgage by March 31, 2026 and enter into a 6-month cure order for the remaining delinquency.

3. On behalf of the debtor, I am respectfully requesting that the debtor have the opportunity to enter into a consent order according to the terms proposed above.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:   March 4, 2026                                          /s/ Russell L. Low
                                                              **Russell L. Low**
                                                              Attorney for Debtor