UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Russell L. Low, Esq. -4745
Low & Low, LLC
505 Main St., Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

**Order Filed on April 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Shanna R. Leach-Brown

Case No.: _____25-20916_____

Chapter: _____13_____

Judge: _____CMG_____

## ORDER AUTHORIZING RETENTION OF

_____Realty One Group Emerge_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 28, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Realty One Group Emerge_____

as _____Debtor's realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Realty One Group Emerge_____

   514 Brick Blvd._____

   Brick, NJ 08723_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 25-20916-CMG

Shanna R. Leach-Brown                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                     User: admin                                                Page 1 of 2

Date Rcvd: Apr 28, 2026                           Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

**Recip ID                      Recipient Name and Address**
db                        +   Shanna R. Leach-Brown, 6 Marie Street, South River, NJ 08882-1725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Shanna R. Leach-Brown ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 28, 2026                          Form ID: pdf903                          Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6