UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ.- 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Shanna R. Leach-Brown | Case No.: _____25-20916_____<br><br>Judge: _____CMG_____<br><br>Chapter:           13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.        ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____ , at _____ .

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____06/03/26_____ , at \_9:00 a.m.\_ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.        I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The modified plan and amended schedules I/J have been filed.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 05/27/2026                          /s/ Shanna R. Leach-Brown
                                          Debtor's Signature

Date: _____             _____
                                          Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*