Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−20916−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shanna R. Leach−Brown
    6 Marie Street
    South River, NJ 08882

Social Security No.:
    xxx−xx−8376

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 16, 2026.

Dated: July 16, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-20916-CMG

Shanna R. Leach-Brown                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                         Page 1 of 3

Date Rcvd: Jul 16, 2026                        Form ID: plncf13                              Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Shanna R. Leach-Brown, 6 Marie Street, South River, NJ 08882-1725 |
| r | + | Realty One Group Emerge, 514 Brick Blvd., Brick, NJ 08723-6088 |
| 520847893 | + | Lyons Doughty & Veldhuis, PC, Five Greentree Centre, 525 Route 73 North, Suite 400, P.O. Box 987, Marlton, NJ 08053-0987 |
| 520847899 | | Select Portfolio Servicing, Inc., PO Box 65250, P. O. BOX 619098, Salt Lake City, UT 84165 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Jul 16 2026 21:55:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2026 21:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2026 21:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520847890 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 21:58:30 | CAP 1 Bank, PO Box 85015, Richmond, VA 23285 |
| 520847891 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 16 2026 21:58:16 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 520847892 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 21:58:14 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520854676 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 21:58:24 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520893879 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 21:58:15 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520863725 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 21:58:25 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520922924 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 21:57:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520852553 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 21:55:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520847894 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 21:56:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 520847895 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2026 21:55:00 | NewRez LCC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Jul 16, 2026 | Form ID: plncf13 | Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| 520847896 | + | Email/PDF: cbp@omf.com | Jul 16 2026 21:58:20 | ONE MAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 520868435 | | Email/PDF: cbp@omf.com | Jul 16 2026 21:58:11 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520847898 | + | Email/Text: signed.order@pfwattorneys.com | Jul 16 2026 21:55:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520847897 | + | Email/Text: dnj@pbslaw.org | Jul 16 2026 21:55:00 | Pluese, Becker, & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 520928425 | | Email/Text: bankruptcy@mtabt.org | Jul 16 2026 21:56:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520921082 | | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2026 21:55:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust cwoerner@raslg.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Matthew K. Fissel | |

District/off: 0312-3                                    User: admin                                              Page 3 of 3
Date Rcvd: Jul 16, 2026                              Form ID: plncf13                                    Total Noticed: 23

on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan
Trust 2021-F, Mortgage-Backed Securities, Series 2021-F bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Russell L. Low

on behalf of Debtor Shanna R. Leach-Brown ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8