UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Capital One Auto Finance, a*
*division of Capital One, N.A.*

In re:

 Shanna R. Leach-Brown

                                    Debtor.

**Order Filed on July 21, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 13

Case No.: 25-20916-CMG

Hearing Date: July 15, 2026

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 21, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor:                Shanna R. Leach-Brown
Case No.:              25-20916-CMG
Caption of Order:      **CONSENT ORDER RESOLVING OBJECTION TO**
                       **CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Capital One Auto Finance, a division of Capital One, N.A.

("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby

**ORDERED**:

1.      Creditor is the lienholder on the title of the following vehicle: **2014 Acura MDX**

**Utility 4D Technology 4WD; VIN: 5FRYD4H43EB004301**.

2.      The value of the Vehicle is determined to be $12,450.00.

3.      Proof of Claim Number 3-1 is reclassified as a secured claim in the amount of

$12,450.00 and an unsecured claim in the amount of $15,970.38.

4.      The secured claim shall be paid through the Plan at an 8.25% interest rate for a total

payout of $15,237.00 and the unsecured claim shall be paid in accordance with the treatment

provided to the total pool of unsecured creditors.

5.      The Order Confirming Plan shall incorporate the above treatment to Creditor.

6.      This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


 /s/ Russell L. Low                             */s/Gavin N. Stewart*
Russell L. Low, Esq.                           Gavin N. Stewart, Esq.
Low & Low                                      Stewart Legal Group, P.L.
505 Main St, Suite 304                         401 East Jackson Street, Suite 2340
Hackensack, NJ 07601                           Tampa, FL 33602
*Counsel to Debtor*                            *Counsel to Creditor*