UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Capital One Auto Finance, a*
*division of Capital One, N.A.*

In re:

Shanna R. Leach-Brown

                                    Debtor.

Order Filed on July 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-20916-CMG

Hearing Date: July 15, 2026

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 21, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor:            Shanna R. Leach-Brown
Case No.:          25-20916-CMG
Caption of Order:  **CONSENT ORDER RESOLVING OBJECTION TO
                   CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Capital One Auto Finance, a division of Capital One, N.A.

("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby

**ORDERED**:

1.      Creditor is the lienholder on the title of the following vehicle: **2014 Acura MDX
Utility 4D Technology 4WD; VIN: 5FRYD4H43EB004301**.

2.      The value of the Vehicle is determined to be $12,450.00.

3.      Proof of Claim Number 3-1 is reclassified as a secured claim in the amount of
$12,450.00 and an unsecured claim in the amount of $15,970.38.

4.      The secured claim shall be paid through the Plan at an 8.25% interest rate for a total
payout of $15,237.00 and the unsecured claim shall be paid in accordance with the treatment
provided to the total pool of unsecured creditors.

5.      The Order Confirming Plan shall incorporate the above treatment to Creditor.

6.      This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


 /s/ Russell L. Low                          /s/Gavin N. Stewart
Russell L. Low, Esq.                        Gavin N. Stewart, Esq.
Low & Low                                   Stewart Legal Group, P.L.
505 Main St, Suite 304                      401 East Jackson Street, Suite 2340
Hackensack, NJ 07601                        Tampa, FL 33602
*Counsel to Debtor*                         *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                   Case No. 25-20916-CMG

Shanna R. Leach-Brown                           Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID**                **Recipient Name and Address**
db                   +   Shanna R. Leach-Brown, 6 Marie Street, South River, NJ 08882-1725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
                         on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                         docs@russotrustee.com

Cory Francis Woerner
                         on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust cwoerner@raslg.com

Cory Francis Woerner
                         on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com

Gavin Stewart
                         on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com

Matthew K. Fissel
                         on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan

District/off: 0312-3                                    User: admin                                              Page 2 of 2

Date Rcvd: Jul 21, 2026                              Form ID: pdf903                                      Total Noticed: 1

Trust 2021-F, Mortgage-Backed Securities, Series 2021-F bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Russell L. Low

on behalf of Debtor Shanna R. Leach-Brown ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8