**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Cory F. Woerner, Esq. (296702019)

Order Filed on July 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shanna R. Leach-Brown,

Debtor**.**

Case No.:    25-20916-CMG

Chapter:    13

Hearing Date: April 22, 2026

Judge:   Christine M. Gravelle

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: July 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
In re: Leach-Brown, Shana R. \\ 25-20916-CMG
Order Resolving Motion for Relief from Stay

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay of Federal

Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust

("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC,

as to the real property commonly known as  6 MARIE STREET SOUTH RIVER BORO New Jersey 08882 (the

"Subject Property"), and Russell L. Low, Esquire representing Shanna R. Leach-Brown ("Debtor(s)"), and

for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is

resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    a. The Debtor is overdue for 6 months from January 1, 2026, through June 1, 2026;

    b. The Debtor is overdue for 6 payments from January 1, 2026, through June 1, 2026 at

       $2,378.74  per month;

    c. Funds Held In Suspense $1,242.52;

    d. Total Arrearages Due $13,029.92.

2. Debtor must cure all post-petition arrearages, as follows:

    a. Beginning on July 1, 2026, regular monthly mortgage payments shall continue to be made

       in the amount of $2,378.74, or in such other amounts as may be required by a time notice

       made pursuant to Fed. R. Bankr. P. 3002.1;

    b. Beginning on July 15, 2026, the debtor shall remit additional monthly cure payments in

       the amount of $2,171.65 for a period of 5 months, and a 6th and final payment in the

       amount of $2,171.67 for 1 month.

Page 3
In re: Leach-Brown, Shana R. \\ 25-20916-CMG
Order Resolving Motion for Relief from Stay

3. Payments to the Secured Creditor mayl be made to the following address(es):

    a.  Regular Monthly Payments        Select Portfolio Servicing, Inc.
                                       Attn: Remittance Processing
                                       PO Box 65450
                                       Salt Lake City, UT 84165-0450

    b.  Cure Payments        Select Portfolio Servicing, Inc.
                                         Attn: Remittance Processing
                                       PO Box 65450
                                       Salt Lake City, UT 84165-0450

Payments may be made by check, money order, certified funds, ACH telephonic debit, or by any

other means deemed acceptable to the secured creditor.

4. In the event of Default:

    a.  Should the Debtor(s) fail to make any of the above captioned payments, or if any regular

monthly mortgage payment or Trustee payments should become more than thirty (30)

days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a

Certification of Default with the Court. A copy of the Certification shall be sent to the

Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that cause

exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall

be responsible for paying all reasonable costs and fees for each notice or certification of

default issued by Secured Creditor as a result of the Debtor's failure to comply with this

Order.

    b.  Acceleration of cure payments: in the event the Debtor(s) default(s) within any such cure

period that is prescribed in this order, any curative payments remaining under this order

shall be due and payable in full.

Page 4
In re: Leach-Brown, Shana R. \\ 25-20916-CMG
Order Resolving Motion for Relief from Stay

c.  In the event the Debtor(s)' case convert(s) to a Chapter 7 during the pendency of this bankruptcy case, regardless of whether conversion of the case is voluntary or involuntary, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Such payment to bring the account contractually current is due without further demand of the Secured Creditor. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtors' attorney and upon a finding that cause exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

d.  This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that causes exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20916-CMG |
| Shanna R. Leach-Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanna R. Leach-Brown, 6 Marie Street, South River, NJ 08882-1725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust cwoerner@raslg.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan |

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: Jul 30, 2026

Form ID: pdf903

Total Noticed: 1

Trust 2021-F, Mortgage-Backed Securities, Series 2021-F bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Russell L. Low

on behalf of Debtor Shanna R. Leach-Brown ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Steven Eisenberg

on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan
Trust 2021-F, Mortgage-Backed Securities, Series 2021-F bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9