| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STEVEN K. EISENBERG, ESQ.<br>COUNSEL FOR MOVANT<br>seisenberg@sterneisenberg.com<br>Stern & Eisenberg, PC<br>1120 Rt. 73, Suite 400<br>Mt. Laurel, New Jersey 08054<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456 | |
| In Re:<br>SHANNA R. LEACH-BROWN<br><br>Debtor(s)<br><br>RENEE MOORE<br><br>NANNIE MOORE<br><br>Non-Filing Co-Debtor(s) | Case No.: 25-20916-CMG<br>Chapter: 13<br>Judge: Christine M Gravelle |

**CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (NOTE AND MORTGAGE 07/18/2006)**

Saroth Norn, employed as Bankruptcy Case Manager by NewRez, LLC servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F, hereby certifies the following:

Recorded on July 28, 2006, in Middlesex County, in Book 11736 at Page 0075

Property Address: 2 Marie Street, South River Boro, NJ 08882

Mortgage Holder: U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F

Mortgagor(s): Renee Moore and Nannie Moore

POST-PETITION PAYMENTS (Petition filed on 10/15/2025)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo/Yr) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| $1,944.25 | 11/01/2025 | 11/01/2025 | $2,668.83 | 12/03/2025 | |
| $1,944.25 | 12/01/2025 | 12/01/2025 | $2,668.83 | 12/31/2025 | |
| $1,944.25 | 01/01/2026 | 01/01/2026 | $2,668.83 | 02/27/2026 | |
| $1,944.25 | 02/01/2026 | 02/01/2026 | $2,000.00 | 03/04/2026 | |
| $1,944.25 | 03/01/2026 | 03/01/2026 | | 03/04/2026 | |
| $1,944.25 | 04/01/2026 | | | | |
| $1,944.25 | 05/01/2026 | | | | |
| $1,944.25 | 06/01/2026 | | | | |
| $1,944.25 | 07/01/2026 | | | | |
| TOTAL: $17,498.25 | | | TOTAL: $10,006.49 | | |

[Continue on attached sheets if necessary.]

As of 07/20/2026, the UPB is $231,891.61 and a Deferred Principal Balance of $22,131.25

Monthly payments past due:

| Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 04/01/2026 | 07/01/2026 | 906.23 | $1,038.02 | 1,944.25 | $7,777.00 |
| **Less post-petition partial payments (suspense balance):** | | | | | | $(285.24) |
| | | | | | **Total as of 07/20/2026__** | $7,491.76 |

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal & Interest | $906.23 |
| Escrow: | $1,038.02 |
| TOTAL | $1,944.25 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: $134,522.32

I certify under penalty of perjury that the above is true.

Date: 08/12/2026

Signature: ____________________
NewRez LLC, servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F

*rev.2/10/2020*