**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Shanna R. Leach-Brown** | : | CASE NO. 25-20916 |
| Debtor | : | HONORABLE CHRISTINE M. GRAVELE |

**RESPONSE TO SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY RE: 2 MARIE ST. SOUTH RIVER BORO, NJ 08882**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Shanna R. Leach-Brown in her chapter 13 bankruptcy case.
2. The debtor is currently under contract to sell the property at 2 Marie St. South River Boro, NJ 08882.
3. However, there is a shortfall and the realtor and real estate attorney are working this out so that they can hopefully close on the sale prior to the end of September.
4. On behalf of the debtor, I am respectfully requesting that the motion for relief from stay be adjourned to allow the debtor time to close on the sale of the property.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: September 9, 2026

/s/ Russell L. Low
**Russell L. Low**
Attorney for Debtor